one of the witnesses had testified falsely on the trial. The Appellate Division held that the credibility of the witness and the weight to be given his testimony were questions for the jury.

*Don Carlos Buell* and *John R. Fitzpatrick* for appellant. *Keron F. Dwyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

OSCAR L. RICHARD et al., Copartners under the Firm Name of C. B. RICHARD & Co., Appellants, *v.* THE CONNECTICUT ELECTRIC MANUFACTURING COMPANY, Respondent.

*Bills, notes and checks — action against drawer to recover on foreign bills of exchange — defense that they were given under agreement that plaintiff would look to drawee for payment — failure to protest nonpayment.*

*Richard* v. *Conn. El. Mfg. Co.*, 200 App. Div. 681, affirmed.
(Submitted January 19, 1923; decided February 2, 1923.)

APPEAL from a judgment, entered April 25, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court and directing a dismissal of the complaint. The amended complaint set forth in the usual form four causes of action, each for the non-payment of a draft or bill of exchange in the sum of $1,831.75, and aggregating $7,327, each payable with interest at six per cent per annum four months from the date thereof, which is May 26, 1919. A fifth cause of action was also alleged on the original or pre-existing indebtedness as evidence of and as security for which the bills of exchange were given, the complaint alleging as to this fifth cause of action that plaintiffs loaned to the defendant the same sum of $7,327 on or about May 14, 1919, which was promised to be repaid four months from said date with interest at six per cent per annum, and that the same was

not paid. The defense was that the drafts were executed and delivered to the plaintiffs by the defendant in part payment of goods sold to the drawee by plaintiffs through defendant and upon condition that the goods were to be deemed paid for and that plaintiffs would look to the drawee and not to the defendant for payment thereof. Also that the bills in question were foreign bills of exchange and that defendant at no time received any notice whatsoever of the presentment, non-acceptance, dishonor, non-payment and protest of said drafts or bills of exchange.

*Louis A. Jaffer* for appellants.

*Charles E. McMahon, George B. Hayes* and *Edward K. Nicholson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

FLORENCE R. NAUS, as Administratrix of the Estate of GEORGE M. NAUS, Deceased, Appellant, *v.* THE BOARD OF MANAGERS OF THE BINGHAMTON CITY HOSPITAL, Respondent.

*Appeal — unanimous affirmance of order setting aside verdict and granting new trial — appeal therefrom dismissed.*

*Naus* v. *Binghamton City Hospital*, 199 App. Div. 948, appeal dismissed.

(Argued January 23, 1923; decided February 2, 1923.)

APPEAL from a judgment, entered December 23, 1921, upon an order of the Appellate Division of the Supreme Court in the third judicial department which unanimously affirmed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial.

*Charles H. Burnett* and *U. C. Lyons* for appellant.

*Leon C. Rhodes, Corporation Counsel (Charles J. Mangan* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.